Form CGFD39   (9/19/08)



ORDERED in the Southern District of Florida on July 15, 2009



**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09−16548−RBR

Chapter: 7

In re: *

Reynel Cardenas
2123 Renaissance Blvd. #307
Miramar, FL 33025

Last four digits of SSN/ITIN or Complete EIN: xxx−xx−7006

Ninette G. Cardenas
aka Ninette Gantus Cardenas, fka Ninette Gantus
2123 Renaissance Blvd. #307
Miramar, FL 33025

Last four digits of SSN/ITIN or Complete EIN: xxx−xx−7361

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

 **IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Copies to:  All Parties of record

---

 *  Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both
    social−security numbers or individual taxpayer−identification numbers (ITIN) or complete employer tax−identification numbers (EIN).

### EXPLANATION OF BANKRUPTCY DISCHARGE
### IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

### # # #

*Page 2 of 2*

# CERTIFICATE OF NOTICE

```
District/off: 113C-0          User: shafronj              Page 1 of 1                  Date Rcvd: Jul 15, 2009
Case: 09-16548                Form ID: CGFD39             Total Noticed: 14

The following entities were noticed by first class mail on Jul 17, 2009.
db/jdb         +Reynel Cardenas,   Ninette G. Cardenas,   2123 Renaissance Blvd. #307,   Miramar, FL 33025-5689
smg            +Broward County Tax Collector,   115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
ust            +Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
86908983       +Access Group Inc,   1411 Foulk Road,   Wilmington, DE 19803-2773
86908985       +Associates/citibank,   Attn: Centralized Bankruptcy,   PO Box 20507,   Kansas City, MO 64195-0507
86908986       +Citi,   Attn: Centralized Bankruptcy,   PO Box 20507,   Kansas City, MO 64195-0507
86908987       +Citi Corp Credit Services,   Attn: Centralized Bankruptcy,   PO Box 20507,
                Kansas City, MO 64195-0507
86908988       +Citibank,   701 East 60th Stre,   Sioux Falls, SD 57104-0493
86908989       +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   PO Box 5170,
                Simi Valley, CA 93062-5170
86908990       +El-Ad Enclave at Miramar Condo Assoc.,   c/o Maintenance Assessments,   POB 31492,
                Tampa, Fl 33631-3492
86908991       +Prsm/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
The following entities were noticed by electronic transmission on Jul 16, 2009.
smg             EDI: FLDEPREV.COM Jul 15 2009 23:18:00      Florida Department of Revenue,   POB 6668,
                Tallahassee, FL  32314-6668
86908984       +EDI: BECKLEE.COM Jul 15 2009 23:19:00      American Express,   c/o Becket and Lee,   PO Box 3001,
                Malvern, PA 19355-0701
86908986       +EDI: CITICORP.COM Jul 15 2009 23:18:00      Citi,   Attn: Centralized Bankruptcy,   PO Box 20507,
                Kansas City, MO 64195-0507
86908988       +EDI: CITICORP.COM Jul 15 2009 23:18:00      Citibank,   701 East 60th Stre,
                Sioux Falls, SD 57104-0493
86908992       +EDI: CHASE.COM Jul 15 2009 23:19:00      Washington Mutual Mortgage,
                Attention: Bankruptcy Dept. JAXA 2035,   7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Florida Department of Revenue,   POB 6668,   Tallahassee, FL  32314-6668
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2009**                    Signature:    *Joseph Speetjens*