**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on November 20, 2009**

*Raymond B Ray signature*

**Raymond B Ray**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 09−16548−RBR**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Reynel Cardenas
2123 Renaissance Blvd. #307
Miramar, FL 33025

SSN: xxx−xx−7006

Ninette G. Cardenas
aka Ninette Gantus Cardenas, fka Ninette Gantus
2123 Renaissance Blvd. #307
Miramar, FL 33025

SSN: xxx−xx−7361

## FINAL DECREE

The trustee, Sonya Salkin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.